B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lincoln Square Group, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**42-1631992** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**27 Stonehill Road Unit D**<br>**Oswego, IL**<br>ZIP Code **60543** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kendall** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information**    ***Paul M. Bach 06209530 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                                 Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lincoln Square Group, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>      Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Lincoln Square Group, LLC**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Paul M. Bach**
Signature of Attorney for Debtor(s)

**Paul M. Bach 06209530**
Printed Name of Attorney for Debtor(s)

**Bach Law Offices**
Firm Name

**1955 Shermer Road**
**Suite 150**
**Northbrook, IL 60062**

Address

**Email: paul@bachoffices.com**
**(847) 564-0808  Fax: (847) 564-0985**
Telephone Number

**July 20, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Denise Elizondo**
Signature of Authorized Individual

**Denise Elizondo**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**July 20, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lincoln Square Group, LLC** _____    Case No. _____

                                             Debtor(s)    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Equity Trust Co FBO**<br>**David J. Chally IRA**<br>**225 Burns Road**<br>**Elyria, OH 44036** | **Equity Trust Co FBO**<br>**David J. Chally IRA**<br>**225 Burns Road**<br>**Elyria, OH 44036** | **Investor in Debtor** | | **500,000.00** |
| **Matthew Kruger**<br>**16212 Gamay**<br>**Plainfield, IL 60585** | **Matthew Kruger**<br>**16212 Gamay**<br>**Plainfield, IL 60585** | **Investor in Debtor** | | **273,158.00** |
| **John Tebrugge**<br>**146 Huntsman Drive**<br>**Plano, IL 60545** | **John Tebrugge**<br>**146 Huntsman Drive**<br>**Plano, IL 60545** | **Investor in Debtor** | | **200,000.00** |
| **Mark T. Hickey**<br>**10665 Yankee Ridge**<br>**Frankfort, IL 60423** | **Mark T. Hickey**<br>**10665 Yankee Ridge**<br>**Frankfort, IL 60423** | **Investor in Debtor** | | **182,979.00** |
| **John & Pamela Bahlenhorst**<br>**22412 SE 313th Place**<br>**Black Diamond, WA 98010** | **John & Pamela Bahlenhorst**<br>**22412 SE 313th Place**<br>**Black Diamond, WA 98010** | **Investor in Debtor** | | **138,380.00** |
| **Tracy Thorsell**<br>**2863 Calle Esteban**<br>**San Clemente, CA 92673** | **Tracy Thorsell**<br>**2863 Calle Esteban**<br>**San Clemente, CA 92673** | **Investor in Debtor** | | **125,000.00** |
| **Barbara Wells**<br>**800 S. Wells**<br>**Unit 1002**<br>**Chicago, IL** | **Barbara Wells**<br>**800 S. Wells**<br>**Unit 1002**<br>**Chicago, IL** | **Investor in Debtor** | | **125,000.00** |
| **Patrick Walsh**<br>**15 Spinning Wheel Road**<br>**Suite 417**<br>**Hinsdale, IL 60521** | **Patrick Walsh**<br>**15 Spinning Wheel Road**<br>**Suite 417**<br>**Hinsdale, IL 60521** | **Investment in Debtor** | | **100,000.00** |
| **Mark T. Burel Trustee**<br>**The Burel Family Trust**<br>**3304 Beford Lane**<br>**Germantown, TN 38139** | **Mark T. Burel Trustee**<br>**The Burel Family Trust**<br>**3304 Beford Lane**<br>**Germantown, TN 38139** | **Investor in Debtor** | | **100,000.00** |
| **Charles E. Splon**<br>**403 Pottowatamie Court**<br>**Oswego, IL 60543** | **Charles E. Splon**<br>**403 Pottowatamie Court**<br>**Oswego, IL 60543** | **Investor in Debtor** | | **100,000.00** |
| **Jeff & Karen Rittgarn**<br>**59 Burkhart**<br>**Naperville, IL 60563** | **Jeff & Karen Rittgarn**<br>**59 Burkhart**<br>**Naperville, IL 60563** | **Investor in Debtor** | | **100,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Lincoln Square Group, LLC**                                    Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Brad & Julie Duckett** 3426 Stewart Road Oswego, IL 60543 | **Brad & Julie Duckett** 3426 Stewart Road Oswego, IL 60543 | **Investor in Debtor** | | **98,380.00** |
| **Patrick Walsh** 15 Spinning Wheel Road Suite 417 Hinsdale, IL 60521 | **Patrick Walsh** 15 Spinning Wheel Road Suite 417 Hinsdale, IL 60521 | **Investor in Debtor** | | **60,000.00** |
| **Tebrugge Enginerring** P.O. Box 38 Plano, IL 60545 | **Tebrugge Enginerring** P.O. Box 38 Plano, IL 60545 | **Light Road Industrial Park Engineering and Final Plat Oct 2008 to April 2009** | | **41,671.50** |
| **Professional Design Resources** P.O. Box 34398 Memphis, TN 38184-0398 | **Professional Design Resources** P.O. Box 34398 Memphis, TN 38184-0398 | **Design and final architectural drawing for Houston Levy Shopping Center which was not completed.** | | **39,750.00** |
| **Alley Drywall, Inc.** P.O. Box 966 Oswego, IL 60543 | **Alley Drywall, Inc.** P.O. Box 966 Oswego, IL 60543 | **Remaining amount duef or work completed on project in December 2008** | | **38,329.25** |
| **Psenka Architects, Inc.** 148 West Station Street Barrington, IL 60010 | **Psenka Architects, Inc.** 148 West Station Street Barrington, IL 60010 | **Misc drawings for Jarius projects dating back to January 2009 and November 2008** | | **29,583.20** |
| **Leo Froelich Construction Company** 29 Stonehill Road Oswego, IL 60543 | **Leo Froelich Construction Company** 29 Stonehill Road Oswego, IL 60543 | **Building was purchased in late 2008 but not completed due to financing** | | **15,000.00** |
| **Walnut Components, Inc.** 2100 N. Avenue Princeton, IL 61356 | **Walnut Components, Inc.** 2100 N. Avenue Princeton, IL 61356 | **Building Roof Order in 2008 but never installed due to financing** | | **12,800.00** |
| **Fisher & Arnold, Inc.** P.O. Box 1000 Dept 533 Memphis, TN 38148-0533 | **Fisher & Arnold, Inc.** P.O. Box 1000 Dept 533 Memphis, TN 38148-0533 | **Work relating to Houston Levy Project from 2007** | **Disputed** | **10,227.99** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Lincoln Square Group, LLC**                                    Case No. _____
                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **July 20, 2009**                          Signature   **/s/ Denise Elizondo**
                                                              **Denise Elizondo**
                                                              **Member**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6A (Official Form 6A) (12/07)

In re    **Lincoln Square Group, LLC**                                    Case No. _____

                                                    ,
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Summer Grove Center, Bartlett, Tennessee-Structural steel with preenginerred roof with brick and block facade Retail Building.  93% leased** | **Fee simple** | - | **2,400,000.00** | **1,686,926.86** |
| **Horn Lake Village, Horn Lake MS-Preenginnered steel building with full masonry Exterior Retail Building-70% leased.** | **Fee Simple** | - | **2,200,000.00** | **1,687,303.97** |
| **Houston Levee, Memphis, TN-2.9 acres of vacant land for commercial development of a 27,000 square foot retail shopping center** | **Fee Simple** | - | **1,200,000.00** | **756,629.16** |
| **Horn Lake Outlot, Horn Lake, Mississippi-1.1 acres vacant land for commercial development** | **Fee Simple** | - | **385,000.00** | **194,476.81** |
| **Algonquin Professional Center, Algonquin, Illinois-Wood framed brick and stone facade structural truss roof.  Unit 1303 sold and units 1309-1311 Leased** | **Fee Simple** | - | **1,200,000.00** | **615,000.00** |
| **Light Road Industrial Park, Oswego, Illinois 16.6 acres of development for an industrial subdivision consisting of 10 lots.  Improvements completed in February 2009** | **Fee Simple** | - | **2,400,000.00** | **2,115,228.43** |

|  | Sub-Total > | **9,785,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **9,785,000.00** |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Lincoln Square Group, LLC**                                            ,   Case No. _____
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **Davis Tractor & Machine 1360 Northwest Highway Azle, TX 76020** | X | - | | **Purchase Money Security Interest** **Takeuchi TB145 HYD Excavtor s/n24513852** Value $ **30,000.00** | | | | **30,768.91** | **768.91** |
| Account No. **Elbert Simmons 21 Settlers Lane Oswego, IL 60543** | | - | | **Second Mortgage** **Light Road Industrial Park, Oswego, Illinois 16.6 acres of development for an industrial subdivision consisting of 10 lots.  Improvements completed in February 2009** Value $ **2,400,000.00** | | | | **475,000.00** | **0.00** |
| Account No. **First Midwest Bank 50 N. Main Street Mount Prospect, IL 60056** | X | - | | **First Mortgage** **Algonquin Professional Center, Algonquin, Illinois-Wood framed brick and stone facade structural truss roof. Unit 1303 sold and units 1309-1311 Leased** Value $ **1,200,000.00** | | | | **615,000.00** | **0.00** |
| Account No. **Representing: First Midwest Bank** | | | | **First Midwest Bank PO Box 9003 Gurnee, IL 60031-9003** Value $ | | | | | |

___**4**___ continuation sheets attached

Subtotal
(Total of this page)    **1,120,768.91**    **768.91**

B6D (Official Form 6D) (12/07) - Cont.

In re    **Lincoln Square Group, LLC**                                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxx2722** <br><br> Joey Treadway/Tax Collector <br> 365 Losher Street Suite 110 <br> Hernando, MS 38632 | | | - | | Real Estate Taxes 2008 <br><br> Horn Lake Village, Horn Lake MS-Preenginnered steel building with full masonry Exterior Retail Building-70% leased. <br><br> Value $     **2,200,000.00** | | | | **22,443.54** | **0.00** |
| Account No. **xxxx-2722** <br><br> Joey Treadway/Tax Collector <br> 365 Losher Street Suite 110 <br> Hernando, MS 38632 | | | - | | Real Estate Taxes 2007 <br><br> Horn Lake Village, Horn Lake MS-Preenginnered steel building with full masonry Exterior Retail Building-70% leased. <br><br> Value $     **2,200,000.00** | | | | **21,789.85** | **0.00** |
| Account No. <br><br> Joey Treadway/Tax Collector <br> 365 Losher Street Suite 110 <br> Hernando, MS 38632 | | | - | | Real Estate Taxes 2008 <br><br> Horn Lake Outlot, Horn Lake, Mississippi-1.1 acres vacant land for commercial development <br><br> Value $     **385,000.00** | | | | **6,000.00** | **0.00** |
| Account No. **xx4134** <br><br> Pulaski Bank <br> 200 West Congress Street <br> Baton Rouge, LA 70809 | | X | - | | First Mortgage <br><br> Summer Grove Center, Bartlett, Tennessee-Structural steel with preenginerred roof with brick and block facade Retail Building. 93% leased <br><br> Value $     **2,400,000.00** | | | X | **1,686,926.86** | **0.00** |
| Account No. <br><br> Representing: <br> Pulaski Bank | | | | | Kerry Shreffler <br> 11301 Industriplex Blvd., Suite 3 <br> Baton Rouge, LA 70809 <br><br><br> Value $ | | | | | |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **1,737,160.25** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Lincoln Square Group, LLC**                                    ,          Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br>**Representing:** <br>**Pulaski Bank** | | | | Morton & Germany <br>45 North Third Street <br>Suite 201 <br>Memphis, TN 38103 <br><br> Value $ | | | | | |
| Account No. <br><br>**Representing:** <br>**Pulaski Bank** | | | | Pulaski/Iberia Bank <br>7465 Popular Avenue <br>Germantown, TN 38138 <br><br> Value $ | | | | | |
| Account No. **xx5089** <br><br>**Pulaski Bank** <br>**200 West Congress Street** <br>**Baton Rouge, LA 70809** | X | - | | First Mortgage <br><br>Horn Lake Village, Horn Lake MS-Preenginnered steel building with full masonry Exterior Retail Building-70% leased. <br> Value $           2,200,000.00 | | | X | 1,643,070.58 | 0.00 |
| Account No. <br><br>**Representing:** <br>**Pulaski Bank** | | | | Kerry Shreffler <br>11301 Industriplex Blvd., Suite 3 <br>Baton Rouge, LA 70809 <br><br> Value $ | | | | | |
| Account No. <br><br>**Representing:** <br>**Pulaski Bank** | | | | Morton & Germany <br>45 North Third Street <br>Suite 201 <br>Memphis, TN 38103 <br><br> Value $ | | | | | |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal <br>(Total of this page) | 1,643,070.58 | 0.00 |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Lincoln Square Group, LLC**                                    ,    Case No. _____
                                                            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Representing:<br>Pulaski Bank | | | Pulaski/Iberia Bank<br>7465 Popular Avenue<br>Germantown, TN 38138<br><br>Value $ | | | | | |
| Account No. **xxxxxxx9153**<br><br>**Pulaski Bank**<br>**200 West Congress Street**<br>**Baton Rouge, LA 70809** | X | - | First Mortgage<br><br>Houston Levee, Memphis, TN-2.9 acres of vacant land for commercial development of a 27,000 square foot retail shopping center<br><br>Value $          1,200,000.00 | | | X | 756,629.16 | 0.00 |
| Account No.<br><br>Representing:<br>Pulaski Bank | | | Kerry Shreffler<br>11301 Industriplex Blvd., Suite 3<br>Baton Rouge, LA 70809<br><br>Value $ | | | | | |
| Account No.<br><br>Representing:<br>Pulaski Bank | | | Morton & Germany<br>45 North Third Street<br>Suite 201<br>Memphis, TN 38103<br><br>Value $ | | | | | |
| Account No.<br><br>Representing:<br>Pulaski Bank | | | Pulaski/Iberia Bank<br>7465 Popular Avenue<br>Germantown, TN 38138<br><br>Value $ | | | | | |

Sheet **3** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal | 756,629.16 | 0.00
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Lincoln Square Group, LLC**                                    ,    Case No. _____
                                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx5591** | | | **First Mortgage** | | | | | |
| **Pulaski Bank 200 West Congress Street Baton Rouge, LA 70809** | X | - | **Horn Lake Outlot, Horn Lake, Mississippi-1.1 acres vacant land for commercial development** | | | X | | |
| | | | Value $         **385,000.00** | | | | **188,476.81** | **0.00** |
| Account No. | | | **Kerry Shreffler 11301 Industriplex Blvd., Suite 3 Baton Rouge, LA 70809** | | | | | |
| **Representing: Pulaski Bank** | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | **Morton & Germany 45 North Third Street Suite 201 Memphis, TN 38103** | | | | | |
| **Representing: Pulaski Bank** | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | **Pulaski/Iberia Bank 7465 Popular Avenue Germantown, TN 38138** | | | | | |
| **Representing: Pulaski Bank** | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | **First Mortgage** | | | | | |
| **West Suburban Bank 711 S. Westmore-Meyers Lombard, IL 60148** | X | - | **Light Road Industrial Park, Oswego, Illinois 16.6 acres of development for an industrial subdivision consisting of 10 lots.  Improvements completed in February 2009** | | | X | | |
| | | | Value $       **2,400,000.00** | | | | **1,640,228.43** | **0.00** |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **1,828,705.24** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **7,086,334.14** | **768.91** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Lincoln Square Group, LLC**                                                                    Case No. _____
                                                    ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        **0**     continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Lincoln Square Group, LLC**                                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Algonquin/Lake in the Hills<br>1020 W. Algonquin Road<br>Lake in the Hills, IL** | - | | | | **Annual Fire Department Fee** | | | | 316.00 |
| Account No.<br><br>**Alley Drywall, Inc.<br>P.O. Box 966<br>Oswego, IL 60543** | - | | | | **Remaining amount duef or work completed on project in December 2008** | | | | 38,329.25 |
| Account No.<br><br>**American International<br>850 Pratt Blvd<br>Elk Grove Village, IL 60007** | - | | | | | | | | 52.36 |
| Account No.<br><br>**Aurora Blacktop, Inc.<br>1065 Sard Avenue<br>Montgomery, IL 60538** | - | | | | | | | X | 175.00 |

|  |  |
|---|---|
| __6__   continuation sheets attached | Subtotal<br>(Total of this page)   **38,872.61** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                S/N:38122-090622   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lincoln Square Group, LLC**                                          ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>**Representing:**<br>**Aurora Blacktop, Inc.** | | | | | **Dickson & Hasenbalg**<br>**2000 West Galena Blvd**<br>**Suite 305**<br>**Aurora, IL 60506** | | | | |
| Account No.<br><br>**Barbara Wells**<br>**800 S. Wells**<br>**Unit 1002**<br>**Chicago, IL** | | - | | | **Investor in Debtor** | | | | 125,000.00 |
| Account No.<br><br>**Bouldin & Associates**<br>**P.O. Box 172025**<br>**Memphis, TN 38187-2025** | | - | | | | | | | 2,000.00 |
| Account No.<br><br>**Brad & Julie Duckett**<br>**3426 Stewart Road**<br>**Oswego, IL 60543** | | - | | | **Investor in Debtor** | | | | 98,380.00 |
| Account No.<br><br>**Charles E. Splon**<br>**403 Pottowatamie Court**<br>**Oswego, IL 60543** | | - | | | **Investor in Debtor** | | | | 100,000.00 |

| | | |
|---|---|---|
| Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 325,380.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lincoln Square Group, LLC**
_____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Dependable Plumbing, Inc.** <br>**10110 Clow Creek Drive** <br>**Unit C** <br>**Plainfield, IL 60585** | - | | **7-10-08 Inv (3219)  325.00** <br>**6-01-08 Inv (3192)  990.00** <br>**2-01-08 Inv (3121)  70000.00** | | | | **8,315.00** |
| Account No. <br><br>**Equity Trust Co FBO** <br>**David J. Chally IRA** <br>**225 Burns Road** <br>**Elyria, OH 44036** | - | | **Investor in Debtor** | | | | **500,000.00** |
| Account No. <br><br>**Fisher & Arnold, Inc.** <br>**P.O. Box 1000** <br>**Dept 533** <br>**Memphis, TN 38148-0533** | - | | **Work relating to Houston Levy Project from 2007** | | | X | **10,227.99** |
| Account No. <br><br>**Representing:** <br>**Fisher & Arnold, Inc.** | | | **Resolution Credit Adminstrators** <br>**P.O. Box 40067** <br>**Memphis, TN 38174-0067** | | | | |
| Account No. <br><br>**Greg Pilcher Construction** <br>**1836 Vanderhorn Drive Suite 1** <br>**Memphis, TN 38134** | - | | **Repairs to Bartlett TN Building October 2008** | | | | **1,072.00** |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **519,614.99**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lincoln Square Group, LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Hufcor-Chicago, Inc**<br>**102 Fairbank Street**<br>**Addison, IL 60101-3120** | - | | | For work on project completed in December 2008 | | | | 2,342.50 |
| Account No.<br><br>**Jeff & Karen Rittgarn**<br>**59 Burkhart**<br>**Naperville, IL 60563** | - | | | Investor in Debtor | | | | 100,000.00 |
| Account No.<br><br>**John & Pamela Bahlenhorst**<br>**22412 SE 313th Place**<br>**Black Diamond, WA 98010** | - | | | Investor in Debtor | | | | 138,380.00 |
| Account No.<br><br>**John Tebrugge**<br>**146 Huntsman Drive**<br>**Plano, IL 60545** | - | | | Investor in Debtor | | | | 200,000.00 |
| Account No.<br><br>**Jones-Davis & Associates, Inc.**<br>**8849 Hamilton Road**<br>**Southaven, MS 38671** | - | | | For Professional Fees for Design for Outlot project | | | | 8,455.95 |

Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **449,178.45**

B6F (Official Form 6F) (12/07) - Cont.

In re **Lincoln Square Group, LLC** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Building was purchased in late 2008 but not completed due to financing | | | | |
| Leo Froelich Construction Company 29 Stonehill Road Oswego, IL 60543 | - | | | | | | | 15,000.00 |
| Account No. | | | | Investor in Debtor | | | | |
| Mark T. Burel Trustee The Burel Family Trust 3304 Beford Lane Germantown, TN 38139 | - | | | | | | | 100,000.00 |
| Account No. | | | | Investor in Debtor | | | | |
| Mark T. Hickey 10665 Yankee Ridge Frankfort, IL 60423 | - | | | | | | | 182,979.00 |
| Account No. | | | | Investor in Debtor | | | | |
| Matthew Kruger 16212 Gamay Plainfield, IL 60585 | - | | | | | | | 273,158.00 |
| Account No. | | | | Misc vynal base for project completed in January 2009 | | | | |
| Mutual Sales Corp 2447 West Belmont Avenue Chicago, IL 60618 | - | | | | | | | 163.17 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**571,300.17**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lincoln Square Group, LLC**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Patrick Walsh**<br>**15 Spinning Wheel Road**<br>**Suite 417**<br>**Hinsdale, IL 60521** | X | - | Investor in Debtor | | | | 60,000.00 |
| Account No. <br><br>**Patrick Walsh**<br>**15 Spinning Wheel Road**<br>**Suite 417**<br>**Hinsdale, IL 60521** | | - | Investment in Debtor | | | | 100,000.00 |
| Account No. <br><br>**Professional Design Resources**<br>**P.O. Box 34398**<br>**Memphis, TN 38184-0398** | | - | Design and final architectural drawing for Houston Levy Shopping Center which was not completed. | | | | 39,750.00 |
| Account No. <br><br>**Psenka Architects, Inc.**<br>**148 West Station Street**<br>**Barrington, IL 60010** | | - | Misc drawings for Jarius projects dating back to January 2009 and November 2008 | | | | 29,583.20 |
| Account No. <br><br>**Roof Dudes of Memphis, LLC**<br>**4204 Sidlehill Olvie Branch**<br>**Olive Branch, MS 38654** | | - | Roof repairs to Bartlett TN after storm in April 2009 | | | | 325.00 |

| | | |
|---|---|---|
| Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 229,658.20 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lincoln Square Group, LLC**                                                    ,   Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Misc jobs completed from December 2008 to April 2009 | | | | |
| **Security Builders Supply Co 10 Stonehill Road P.O. Box 0910 Oswego, IL 60543** | - | | | | | | 8,659.00 |
| Account No. | | | Interest alledgely due on invoices paid to date | | | | |
| **Stone Design 598 Mitchell Rd Glendale Heights, IL 60139** | - | | | | | | 171.72 |
| Account No. | | | Light Road Industrial Park Engineering and Final Plat Oct 2008 to April 2009 | | | | |
| **Tebrugge Enginerring P.O. Box 38 Plano, IL 60545** | - | | | | | | 41,671.50 |
| Account No. | | | Investor in Debtor | | | | |
| **Tracy Thorsell 2863 Calle Esteban San Clemente, CA 92673** | - | | | | | | 125,000.00 |
| Account No. | | | Building Roof Order in 2008 but never installed due to financing | | | | |
| **Walnut Components, Inc. 2100 N. Avenue Princeton, IL 61356** | - | | | | | | 12,800.00 |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 188,302.22 |
| Total (Report on Summary of Schedules) | | 2,322,306.64 |

B6G (Official Form 6G) (12/07)

.

In re     **Lincoln Square Group, LLC**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Amedisys, Inc and Amedisys Illinois**<br>**5959 S. Sherwood Forest Blvd**<br>**Baton Rouge, LA 70816** | **Lease from 3/1/2009 to 2/28/2009 for 1301 S. Main Street, Algonquin, Illinois for Suite 1309-1311, Algonquin, Illinois for $4,269.38 per month** |
| **Crown Trophy**<br>**6496 US Highway 70 Suite 105**<br>**Memphis, TN 38134** | **Lease from 10/1/2006 to 09/30/2009 for 1515 Square Fee for $1,389 per month plus CAM** |
| **El Molino**<br>**6496 US Highway 70 Suite 102-103**<br>**Memphis, TN 38134** | **Lease from 10/1/06 to 09/30/2016 for 2400 square feet for $2709 per month plus CAM** |
| **Fitness Premier**<br>**6498 US Highway 70**<br>**Memphis, TN 38134** | **Lease from 11/1/2006 to 1/31/2012 for 8850 square feet for $10694 per month plus CAM** |
| **Fitness Premier of Horn Lake, MS**<br>**2996 Goodman Road Suite C-G**<br>**Horn Lake, MS** | **Lease from April 1, 2007 to June 30, 2012 for 8800 Square feet for $12267.00 per month including CAM** |
| **GMAC**<br>**15303 S. Saginaw Street**<br>**Flint, MI 48502** | **Lease for Hummer** |
| **Newsom Healthcare, Inc.**<br>**2906 Goodman Road Suite 109**<br>**Horn Lake, MS** | **Lease from October 1, 2008 to December 31, 2013 for 1375 square feet for $2,257.21 per month including CAM** |
| **SEG, Inc.**<br>**6496 US Highway 70 Suite 101**<br>**Memphis, TN 38134** | **Lease from 7/1/2007 to 06/30/2010 for 1200 square feet for $1200 per month plus CAM** |
| **Tennessee Tint**<br>**6496 US Highway 70**<br>**Memphis, TN 38134** | **Lease for rental of 1200 square feet at $1,150 per moth plus CAM** |

**0**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re    **Lincoln Square Group, LLC**_____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Denise Elizondo**<br>**2300 Wolf Road**<br>**Oswego, IL 60543** | **Davis Tractor & Machine**<br>**1360 Northwest Highway**<br>**Azle, TX 76020** |
| **Philip and Denise Elizondo**<br>**2300 Wolf Road**<br>**Oswego, IL 60543** | **Pulaski Bank**<br>**200 West Congress Street**<br>**Baton Rouge, LA 70809** |
| **Philip and Denise Elizondo**<br>**2300 Wolf Road**<br>**Oswego, IL 60543** | **Pulaski Bank**<br>**200 West Congress Street**<br>**Baton Rouge, LA 70809** |
| **Philip and Denise Elizondo**<br>**2300 Wolf Road**<br>**Oswego, IL 60543** | **Pulaski Bank**<br>**200 West Congress Street**<br>**Baton Rouge, LA 70809** |
| **Philip and Denise Elizondo**<br>**2300 Wolf Road**<br>**Oswego, IL 60543** | **Pulaski Bank**<br>**200 West Congress Street**<br>**Baton Rouge, LA 70809** |
| **Philip and Denise Elizondo**<br>**2300 Wolf Road**<br>**Oswego, IL 60543** | **First Midwest Bank**<br>**50 N. Main Street**<br>**Mount Prospect, IL 60056** |
| **Philip and Denise Elizondo**<br>**2300 Wolf Road**<br>**Oswego, IL 60543** | **West Suburban Bank**<br>**711 S. Westmore-Meyers**<br>**Lombard, IL 60148** |
| **Philip and Denise Elizondo**<br>**2300 Wolf Road**<br>**Oswego, IL 60543** | **Patrick Walsh**<br>**15 Spinning Wheel Road**<br>**Suite 417**<br>**Hinsdale, IL 60521** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Lincoln Square Group, LLC**

Debtor(s)

Case No. _____

Chapter **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**21**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 20, 2009**

Signature **/s/ Denise Elizondo**

**Denise Elizondo**
**Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Lincoln Square Group, LLC**

Debtor(s)

Case No.

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.............................................................. | $ **50,000.00** |
| Prior to the filing of this statement I have received............................................... | $ **10,000.00** |
| Balance Due............................................................................................................ | $ **40,000.00** |

2.  $ **1,039.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

■ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July 20, 2009**

**/s/ Paul M. Bach**
**Paul M. Bach 06209530**
**Bach Law Offices**
**1955 Shermer Road**
**Suite 150**
**Northbrook, IL 60062**
**(847) 564-0808   Fax: (847) 564-0985**
**paul@bachoffices.com**

---

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Lincoln Square Group, LLC** _____ ,
                              Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Denise Elizondo<br>27 Stonehill Road Unit D<br>Oswego, IL 60543** | | | **Sole Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**July 20, 2009**_____    Signature__**/s/ Denise Elizondo**_____
                                                                    **Denise Elizondo
                                                                    Member**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Lincoln Square Group, LLC**

_____
Debtor(s)

Case No.   _____
Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   _____   **46**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 20, 2009**
_____

**/s/ Denise Elizondo**
_____
**Denise Elizondo/Member**
Signer/Title

Algonquin/Lake in the Hills
1020 W. Algonquin Road
Lake in the Hills, IL

Alley Drywall, Inc.
P.O. Box 966
Oswego, IL 60543

American International
850 Pratt Blvd
Elk Grove Village, IL 60007

Aurora Blacktop, Inc.
1065 Sard Avenue
Montgomery, IL 60538

Barbara Wells
800 S. Wells
Unit 1002
Chicago, IL

Bouldin & Associates
P.O. Box 172025
Memphis, TN 38187-2025

Brad & Julie Duckett
3426 Stewart Road
Oswego, IL 60543

Charles E. Splon
403 Pottowatamie Court
Oswego, IL 60543

Davis Tractor & Machine
1360 Northwest Highway
Azle, TX 76020

Denise Elizondo
2300 Wolf Road
Oswego, IL 60543

Dependable Plumbing, Inc.
10110 Clow Creek Drive
Unit C
Plainfield, IL 60585

Dickson & Hasenbalg
2000 West Galena Blvd
Suite 305
Aurora, IL 60506


Elbert Simmons
21 Settlers Lane
Oswego, IL 60543


Equity Trust Co FBO
David J. Chally IRA
225 Burns Road
Elyria, OH 44036


First Midwest Bank
50 N. Main Street
Mount Prospect, IL 60056


First Midwest Bank
PO Box 9003
Gurnee, IL 60031-9003


Fisher & Arnold, Inc.
P.O. Box 1000
Dept 533
Memphis, TN 38148-0533


GMAC
15303 S. Saginaw Street
Flint, MI 48502


Greg Pilcher Construction
1836 Vanderhorn Drive Suite 1
Memphis, TN 38134


Hufcor-Chicago, Inc
102 Fairbank Street
Addison, IL 60101-3120


Jeff & Karen Rittgarn
59 Burkhart
Naperville, IL 60563

Joey Treadway/Tax Collector
365 Losher Street Suite 110
Hernando, MS 38632


John & Pamela Bahlenhorst
22412 SE 313th Place
Black Diamond, WA 98010


John Tebrugge
146 Huntsman Drive
Plano, IL 60545


Jones-Davis & Associates, Inc.
8849 Hamilton Road
Southaven, MS 38671


Kerry Shreffler
11301 Industriplex Blvd., Suite 3
Baton Rouge, LA 70809


Leo Froelich Construction Company
29 Stonehill Road
Oswego, IL 60543


Mark T. Burel Trustee
The Burel Family Trust
3304 Beford Lane
Germantown, TN 38139


Mark T. Hickey
10665 Yankee Ridge
Frankfort, IL 60423


Matthew Kruger
16212 Gamay
Plainfield, IL 60585


Morton & Germany
45 North Third Street
Suite 201
Memphis, TN 38103


Mutual Sales Corp
2447 West Belmont Avenue
Chicago, IL 60618

Patrick Walsh
15 Spinning Wheel Road
Suite 417
Hinsdale, IL 60521


Philip and Denise Elizondo
2300 Wolf Road
Oswego, IL 60543


Professional Design Resources
P.O. Box 34398
Memphis, TN 38184-0398


Psenka Architects, Inc.
148 West Station Street
Barrington, IL 60010


Pulaski Bank
200 West Congress Street
Baton Rouge, LA 70809


Pulaski/Iberia Bank
7465 Popular Avenue
Germantown, TN 38138


Resolution Credit Adminstrators
P.O. Box 40067
Memphis, TN 38174-0067


Roof Dudes of Memphis, LLC
4204 Sidlehill Olvie Branch
Olive Branch, MS 38654


Security Builders Supply Co
10 Stonehill Road
P.O. Box 0910
Oswego, IL 60543


Stone Design
598 Mitchell Rd
Glendale Heights, IL 60139


Tebrugge Enginerring
P.O. Box 38
Plano, IL 60545

Tracy Thorsell
2863 Calle Esteban
San Clemente, CA 92673


Walnut Components, Inc.
2100 N. Avenue
Princeton, IL 61356


West Suburban Bank
711 S. Westmore-Meyers
Lombard, IL 60148

## Disclosure Pursuant to 11 U.S.C. §527(a)(2)

You are notified:

1. All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy Code is required to be complete, accurate, and truthful.

2. All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that you list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.

3. The following information, which appears on Official Form 22, Statement of Current Monthly Income, is required to be stated after reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2)).

4. Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanctions.

Date  __**July 20, 2009**_____     Signature  __**/s/ Denise Elizondo**_____
**Denise Elizondo**
**Member**

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney.  THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST.  Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need.  Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you.  Be sure you understand the relief you can obtain and its limitations.  To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court.  You will have to pay a filing fee to the bankruptcy court.  Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt.  You may want help deciding whether to do so.  A creditor is not permitted to coerce you into reaffirming your debts.

If you  choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation.  You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

Date  **July 20, 2009**                          Signature    **/s/ Denise Elizondo**
                                                                                 **Denise Elizondo**
                                                                                 **Member**